☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. <br><br> HAP Holdings <br> 19855 County Road 11, Herman, NE 68029 <br><br> Wind Easement 2016-01392 | 1 Rents <br> $ | OMB No. 1545-0115 <br><br> Form **1099-MISC** <br> (Rev. January 2022) <br><br> For calendar year <br> 20 _22_ | **Miscellaneous Information** |
|---|---|---|---|
| | 2 Royalties <br> $ | | |
| | 3 Other income <br> $ 6,147900.00 | 4 Federal income tax withheld <br> $ | Copy B <br> For Recipient |
| PAYER'S TIN <br><br> 4979 | RECIPIENT'S TIN <br><br> Unkown | 5 Fishing boat proceeds <br><br> $ | 6 Medical and health care payments <br><br> $ | |
| RECIPIENT'S name <br><br> Scot Thompson Farms LLC | | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 8 Substitute payments in lieu of dividends or interest <br> $ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) <br><br> 9102 N. 225th Street | | 9 Crop insurance proceeds <br><br> $ | 10 Gross proceeds paid to an attorney <br> $ | |
| City or town, state or province, country, and ZIP or foreign postal code <br><br> Elkhorn, Nebraska 68022 | | 11 Fish purchased for resale <br><br> $ | 12 Section 409A deferrals <br><br> $ | |
| Involuntary Conversion | 13 FATCA filing requirement ☐ | 14 Excess golden parachute payments <br> $ | 15 Nonqualified deferred compensation <br> $ | |
| Account number (see instructions) | | 16 State tax withheld <br> $ <br> $ | 17 State/Payer's state no. | 18 State income <br> $ <br> $ |

Form **1099-MISC** (Rev. 1-2022)   (keep for your records)   www.irs.gov/Form1099MISC   Department of the Treasury - Internal Revenue Service


EXHIBIT B

| | | |
|---|---|---|
| ☐ CORRECTED (if checked) | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 Form **1099-MISC** (Rev. January 2022) For calendar year 20 **22** | **Miscellaneous Information** |
|---|---|---|---|
| HAP Holdings 19855 County Road 11, Herman, NE 68029 Wind Easement 2016-01392 | 2 Royalties $ | | |
| | 3 Other income $ 6,147,900.00 | 4 Federal income tax withheld $ | **Copy 2** **To be filed with recipient's state income tax return, when required.** |
| PAYER'S TIN 4979 | RECIPIENT'S TIN Unkown | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name Scot Thompson Farms LLC | | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 8 Substitute payments in lieu of dividends or interest $ | |
| Street address (including apt. no.) 9102 N. 225th Street | | 9 Crop insurance proceeds $ | 10 Gross proceeds paid to an attorney $ | |
| City or town, state or province, country, and ZIP or foreign postal code Elkhorn, Nebraska 68022 | | 11 Fish purchased for resale $ | 12 Section 409A deferrals $ | |
| Involuntary Conversion | 13 FATCA filing requirement ☐ | 14 Excess golden parachute payments $ | 15 Nonqualified deferred compensation $ | |
| Account number (see instructions) | | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC** (Rev. 1-2022)     www.irs.gov/Form1099MISC     Department of the Treasury - Internal Revenue Service

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

HAP Holdings
19855 County Road 11
Herman, Nebraska 68029

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:**

1a. ORGANIZATION'S NAME: HCJ Holdings    EIN #

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19855 County Road 11 | Herman | NE | 68029 | USA |

**2. DEBTOR'S NAME:**

2a. ORGANIZATION'S NAME:

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):

3a. ORGANIZATION'S NAME: HAP Holdings    EIN #

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19855 County Road 11 | Herman | NE | 68029 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

See Attachment A - Wirld Easement
See Attachment B - Easement Valuation

5. Check only if applicable and check only one box: Collateral is [ ] held in a Trust [ ] being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box.
[ ] Public-Finance Transaction  [ ] Manufactured-Home Transaction  [ ] A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
[ ] Agricultural Lien  [ ] Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor  [ ] Consignee/Consignor  [ ] Seller/Buyer  [ ] Bailee/Bailor  [ ] Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

*Attachment B*

WIND ENERGY EASEMENT

---

621 Acres

$100.00 dollars per acre for wind energy easement

621 acres x $100.00 dollars= $62,100.00 per year

$62,100.00 per year x 99 years= $6,147,900.00

The original instrument number is recorded at the Washington County Register of Deeds Office on May 9, 2016, Instrument Number 2016-01392.

Wind Energy Easement is Held by HAP Holdings a certain Living Trust dated February 4, 2013. See attached Documents

BY: _____
Jan Mengedoht as Caretaker for HAP HOLDINGS

Dated: Nov. 3, 2022

Before me __Kayla Unger__ a Notary Public in and for __Washington__ County, State of Nebraska; appeared Jan Mengedoht and made known to me and did affirm the truth of the facts herein stated and placed his signature on this document on this the 3rd day of November (2022) two thousand and twenty-two.

_____
Notary Public Signature

My Commission expires:

GENERAL NOTARY - State of Nebraska
KAYLA UNGER
My Comm. Exp. Jan. 3, 2023

This Instrument Prepared By: HAP Holdings; 19855 County Road 11; Herman, Nebraska 68029

EXHIBIT "A"

Parcel 1 - The East Half of the West Half of the Southeast Quarter of the Southeast Quarter (E1/2 of W1/2 of SE1/4 of SE1/4) of Section Thirty-Five (35) in Township Twenty (20) North, Range Nine (9) East of the 6th P.M., in Washington County, Nebraska;

Parcel 2 - The West Half of the West Half of the Southeast Quarter of the Southeast Quarter (W1/2 W1/2 SE1/4 SE1/4), of Section Thirty-Five (35), Township Twenty (20), North, Range Nine (9), East of the 6th P.M., in Washington County, Nebraska;

Parcel 3 - The Northeast Quarter of the Southeast One-Fourth (1/4), Section 35, Township Twenty (20), Range Nine (9), East of the Sixth P.M., in Washington County, Nebraska;

Parcel 4 - The North One-Half of the Northwest Quarter of Section 31, Township 20 North, Range 10 East of the 6th P.M., in Washington County, Nebraska;

Parcel 5 - The Northwest Quarter of the Northeast Quarter (NW1/4 NE 1/4), the Northeast Quarter of the Northwest Quarter (NE1/4 NW1/4), and the North Half of the Southeast Quarter of the Northwest Quarter (N1/2 SE1/4 NW1/4) of Section One (1), in Township Nineteen (19) North, Range Nine (9), and the Southwest Quarter of the Southwest Quarter (SW1/4 SW1/4) of Section Thirty-Six (36), and the East Half of the Southeast Quarter of the Southeast Quarter (E1/2 SE1/4 SE1/4) of Section Thirty-Five (35), in Township Twenty (20), North, Range Nine (9), all East of the 6th P.M., in Washington County, Nebraska;

Parcel 6 - The Northeast Quarter of Section 36, Township 20 North, Range 9 East of the Sixth P.M., in Washington County, Nebraska;

Parcel 7 - The East Half of the Southwest Quarter, and the West Half of the Southeast Quarter, all in Section 36, Township 20 North, Range 9, East of the Sixth P.M. in Washington County, Nebraska

Property Descriptions Recorded at Washington County Register of Deeds November 30, 1993
Book 223; Pages 492-495
HCJ Holdings

WASHINGTON COUNTY, STATE OF NEBRASKA
INSTRUMENT NO. 2016-01392

Karen A. Madsen
REGISTER OF DEEDS

_____ County )
                )ss:
State of Nebraska )

FILED
2016 MAY -9 AM 10:21
KAREN A. MADSEN
WASHINGTON COUNTY
REGISTER OF DEEDS
BLAIR, NE

CERTIFIED

Attachment A

## WIND ENERGY EASEMENT

BEFORE ME _____, the undersigned authority, a Notary Public in and for the State of Nebraska, personally came and appeared Affiant, Jan Major Mengedoht single individual as Co-Trustee of HCJ Holdings, being upon oath administered by me, and having personal knowledge of the facts herein, affirms the following to be true, correct, and certain under penalty of perjury in accordance with the laws of the State of Nebraska that:

Affiant herein Jan Major Mengedoht single individual as Co-Trustee of HCJ Holdings, that certain Living Trust dated January 5, 1993 can be contacted at 19855 County Rd. 11 Herman, Nebraska 68029, state that I am of legal age, competent to testify, have personal first hand knowledge and that the facts set forth herein are true, correct, complete, certain, not misleading.

The undersigned, Jan Major Mengedoht single individual as Co-Trustee of HCJ Holdings, for 21 United States silver dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, and convey unto Jan Major Mengedoht single individual as Co-Trustee of HAP Holdings, that certain Living Trust dated February 4, 2013, who can be contacted at 19855 County Rd. 11 Herman, Nebraska 68029, their heirs, successors and assigns.

1. This easement to be obtained for nonfossil forms of energy generation.
2. This easement obtained for the purpose of insuring the undisturbed flow of wind across the real property herein described including all space horizontal and vertical 1 inch above the surface to 250 feet above the surface of said property that must be unobstructed.

Recorded _____
General _____
Numerical _____
Photostat _____
Proofed _____
Scanned _____

STATE OF NEBRASKA, WASHINGTON COUNTY-SS
I hereby certify this is a true and correct copy of the record on file in this office
Mo. 8 Day 26 Year 2022
Carolyn M Hodika
Register of Deeds
Deputy

Page 1 of 2.

2016-01392

3. Restrictions to be placed upon vegetation, structures and other objects that would impair or obstruct the wind flow across and through the easement 1 inch above the surface to 200 feet above the surface and the right of ingress and egress for the purpose of erecting and maintaining wind generation systems on said property for 99 years.
4. Legal description concerning easement to wit;
see Exhibit A attached hereto and made part hereof

Nebraska state, _Dodge_ county

The undersigned covenants that he is the owner of the foregoing described property, and as such, has the authority to grant said easement.

Further Affiant saith naught.

Dated: _April 22_ 2016

By _[signature]_
Co-Trustee of HCJ Holdings
Jan Major Mengedoht

Before me _Kandy S. Andrews_ a Notary Public in and for _Dodge_ County, State of Nebraska: appeared Jan Major Mengedoht single individual as Co-Trustee of HCJ Holdings known and made known to me, did affirm the truth of the facts herein stated and acknowledged that the foregoing document was executed of his own free will and placed his signature on this document on this the _22_ day of _April_ two thousand and sixteen (2016).

My commission expires: _May 15, 2016_
Notary Public Signature

GENERAL NOTARY - State of Nebraska
KANDY S. ANDREWS
My Comm. Exp. May 16, 2016

STATE OF NEBRASKA, WASHINGTON COUNTY-SS:
I hereby certify this is a true and correct copy of the record on file in this office
Mo. _8_ Day _26_ Year _2022_
_[signature]_
Register of Deeds

Page 2 of 2.

2016-01392

Parcel 1
E ½ SE ¼ SE ¼ 35-20-9 5945H-3 PC 3 20Ac. Parcel Id. #890031843

Parcel 2
W ½ SE ¼ SE ¼ 35-20-9 5945H-3 PC 2 20Ac. Parcel Id. #890031913

Parcel 3
NE ¼ SE ¼ 35-20-9 5945 W-3 PC 2 40Ac. Parcel Id. #890031857

Parcel 4
N ½ NW ¼ 31-20-10 5945 H 6 PC 7 78.15 Ac. Parcel Id. #890032340

Parcel 5
NE ¼ NW ¼, N ½ SE ¼ NW ¼, NW ¼ NE ¼ 1-19-9 5945 H PC 6 101.12 Ac. Parcel Id. #8900 24087

Parcel 6
NE ¼ 36-20-9 5945 H PC 1 160 Ac. Parcel Id. #890031920

Parcel 7
SW ¼ SW ¼ 36-20-9 5945H PC 4 40 Ac. Parcel Id. #890031941

Parcel 8
W ½ SE ¼, E ½ SW ¼ 36-20-9 5945 H PC 3 160 Ac. Parcel Id. #890031948

EXHIBIT A



STATE OF NEBRASKA, WASHINGTON COUNTY-SS.
I hereby certify this is a true and correct copy of the record on file in this office
Mo __8__ Day __26__ Year __2022__     **2016 - 01392**
_Carolyn m Chadda_
Register of Deeds
Deputy