☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Information |
|---|---|---|---|
| HCJ Holdings<br>19855 County Road 11, Herman NE. 68029<br><br>Labor See Attachments | 2 Royalties $ | Form **1099-MISC**<br>(Rev. January 2022)<br>For calendar year<br>20 _22_ | |
| | 3 Other income $ 441,931.00 | 4 Federal income tax withheld $ | Copy B<br>For Recipient |

| PAYER'S TIN | RECIPIENT'S TIN | 5 Fishing boat proceeds | 6 Medical and health care payments | |
|---|---|---|---|---|
| 47-6191675 | Unkown | $ | $ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

RECIPIENT'S name

Scot Thompson Farms LLC

| | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 8 Substitute payments in lieu of dividends or interest $ |
|---|---|---|

Street address (including apt. no.)

9102 N. 225th Street

| | 9 Crop insurance proceeds $ | 10 Gross proceeds paid to an attorney $ |
|---|---|---|

City or town, state or province, country, and ZIP or foreign postal code

Elkhorn, Nebraska 68022

| | 11 Fish purchased for resale $ | 12 Section 409A deferrals $ |
|---|---|---|

| Involuntary Conversion | 13 FATCA filing requirement ☐ | 14 Excess golden parachute payments $ | 15 Nonqualified deferred compensation $ |
|---|---|---|---|

| Account number (see instructions) | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |
|---|---|---|---|

Form **1099-MISC** (Rev. 1-2022)  (keep for your records)  www.irs.gov/Form1099MISC  Department of the Treasury - Internal Revenue Service

EXHIBIT
C
PENGAD 800-631-6989

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Information |
|---|---|---|---|
| HCJ Holdings<br>19855 County Road 11,  Herman, NE 68029<br><br>Labor  See Atachments | 2 Royalties $ | Form **1099-MISC**<br>(Rev. January 2022)<br>For calendar year<br>20 _22_ | |
| | 3 Other Income $ 441,931.00 | 4 Federal income tax withheld $ | Copy 2 |
| PAYER'S TIN: 47-6191675 | RECIPIENT'S TIN: Unkown | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | To be filed with recipient's state income tax return, when required. |
| RECIPIENT'S name<br>Scot Thompson Farms LLC | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 8 Substitute payments in lieu of dividends or interest $ | |
| Street address (including apt. no.)<br>9102 N. 225th Street | 9 Crop insurance proceeds $ | 10 Gross proceeds paid to an attorney $ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Elkhorn, Nebraska 68022 | 11 Fish purchased for resale $ | 12 Section 409A deferrals $ | |
| Involuntary Conversion | 13 FATCA filing requirement ☐ | 14 Excess golden parachute payments $ | 15 Nonqualified deferred compensation $ | |
| Account number (see instructions) | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC** (Rev. 1-2022)        www.irs.gov/Form1099MISC        Department of the Treasury - Internal Revenue Service

# INVOICE

TO: Scot Thompson Farms LLC

9102 N 225th Street

Elkhorn, Nebraska 68022

Labor Valuation:   441,936.00

Send Payment To:

Jan Mengedoht

19855 County Road 11

Herman, Nebraska  68029

██████████████████████████
██████████████████████████
██████████████████████████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:    (Name and Address)

HCJ Holdings
19855 County Road 11
Herman, Nebraska 68029

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HCJ Holdings    EIN # ████ | | | |

| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19855 County Road 11 | Herman | NE | 68029 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Mengedoht    SSN ████ | Jan | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19855 County Road 11 | Herman | NE | 68029 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

See Attachment A - Labor Valuation

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:    6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

*Attachment A*

LABOR

HCJ HOLDINGS; 19855 County Road 11; Herman, Nebraska 68029

Trust Created January 5, 1993 to November 1, 2022 for 29 years

311 days for each year. Taking Sundays off and Christmas and Thanksgiving, 54 Sundays and two holidays exempt.

311 days X 29 years =9019 days

9019 days in 29 years

9019 days X 7 hours per day =63,133 hours

63,133 hours X $7.00 per Hour=$441,931.00

Date: *Nov 3, 2022*          By: *Jan Mengedoht*

Jan Mengedoht as caretaker for HCJ Holdings

Before me *Kayla Unger* a Notary Public in and for *Washington* County, State of Nebraska appeared Jan Mengedoht and made known to me and did affirm the truth of the facts here and stated and placed his signature on this document on this the *3rd* day of *November* (2022) two thousand and twenty two.

*Kayla Unger*

Notary Public Signature

My commission expires:

GENERAL NOTARY - State of Nebraska
KAYLA UNGER
My Comm. Exp. Jan. 3, 2023

This Instrument Prepared By:

HCJ Holdings 19855 County Road 11, Herman, Nebraska 68029

EXHIBIT "A"

Parcel 1 - The East Half of the West Half of the Southeast Quarter of the Southeast Quarter (E1/2 of W1/2 of SE1/4 of SE1/4) of Section Thirty-Five (35) in Township Twenty (20) North, Range Nine (9) East of the 6th P.M., in Washington County, Nebraska;

Parcel 2 - The West Half of the West Half of the Southeast Quarter of the Southeast Quarter (W1/2 W1/2 SE1/4 SE1/4), of Section Thirty-Five (35), Township Twenty (20), North, Range Nine (9), East of the 6th P.M., in Washington County, Nebraska;

Parcel 3 - The Northeast Quarter of the Southeast One-Fourth (1/4), Section 35, Township Twenty (20), Range Nine (9), East of the Sixth P.M., in Washington County, Nebraska;

Parcel 4 - The North One-Half of the Northwest Quarter of Section 31, Township 20 North, Range 10 East of the 6th P.M., in Washington County, Nebraska;

Parcel 5 - The Northwest Quarter of the Northeast Quarter (NW1/4 NE1/4), the Northeast Quarter of the Northwest Quarter (NE1/4 NW1/4), and the North Half of the Southeast Quarter of the Northwest Quarter (N1/2 SE1/4 NW1/4) of Section One (1), in Township Nineteen (19) North, Range Nine (9), and the Southwest Quarter of the Southwest Quarter (SW1/4 SW1/4) of Section Thirty-Six (36), and the East Half of the Southeast Quarter of the Southeast Quarter (E1/2 SE1/4 SE1/4) of Section Thirty-Five (35), in Township Twenty (20), North, Range Nine (9), all East of the 6th P.M., in Washington County, Nebraska;

Parcel 6 - The Northeast Quarter of Section 36, Township 20 North, Range 9 East of the Sixth P.M., in Washington County, Nebraska;

Parcel 7 - The East Half of the Southwest Quarter, and the West Half of the Southeast Quarter, all in Section 36, Township 20 North, Range 9, East of the Sixth P.M. in Washington County, Nebraska

Property Descriptions Recorded at Washington
County Register of Deeds, November 30, 1993.
Book 223, Pages 492-495
HCJ Holdings: Labor Performed