☐ CORRECTED (if checked)

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number<br>HCJ Holdings<br>19855 County Road 11<br>Herman, Nebraska 68029 | 1 Date of closing<br>September 16, 2022 | OMB No. 1545-0997<br>Form **1099-S**<br>(Rev. January 2022)<br>For calendar year<br>20 ___ | **Proceeds From Real Estate Transactions** |
|---|---|---|---|
| | 2 Gross proceeds<br>$ 3,000,000.00 | | |

| FILER'S TIN<br>1675 | TRANSFEROR'S TIN<br>Unkown | 3 Address (including city, state, and ZIP code) or legal description<br>Herman, Nebraska<br>See Attachments<br>Involuntary Conversions | **Copy B**<br>**For Transferor** |
|---|---|---|---|
| TRANSFEROR'S name<br>Scot Thompson Farms LLC | | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>9102 N. 225th Street | | 4 Transferor received or will receive property or services as part of the consideration (if checked) . . . ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Elkhorn, Nebraska 68022 | | 5 If checked, transferor is a foreign person (nonresident alien, foreign partnership, foreign estate, or foreign trust) . . . . . . . . . . ▶ ☐ | |
| Account number (see instructions) | | 6 Buyer's part of real estate tax<br>$ | |

Form **1099-S** (Rev. 1-2022)     (keep for your records)     www.irs.gov/Form1099S     Department of the Treasury - Internal Revenue Service

EXHIBIT D

# INVOICE

TO: Scot Thompson Farms LLC

9102 N 225th Street

Elkhorn, Nebraska 68022

1099 S                    $3,000,000.00

Send Payment To:

HCJ Holdings

19855 County Road 11

Herman, Nebraska 68029

EXHIBIT "A"

Parcel 1 - The East Half of the West Half of the Southeast Quarter of the Southeast Quarter (E1/2 of W1/2 of SE1/4 of SE1/4) of Section Thirty-Five (35) in Township Twenty (20) North, Range Nine (9) East of the 6th P.M., in Washington County, Nebraska;

Parcel 2 - The West Half of the West Half of the Southeast Quarter of the Southeast Quarter (W1/2 W1/2 SE1/4 SE1/4), of Section Thirty-Five (35), Township Twenty (20), North, Range Nine (9), East of the 6th P.M., in Washington County, Nebraska;

Parcel 3 - The Northeast Quarter of the Southeast One-Fourth (1/4), Section 35, Township Twenty (20), Range Nine (9), East of the Sixth P.M., in Washington County, Nebraska;

Parcel 4 - The North One-Half of the Northwest Quarter of Section 31, Township 20 North, Range 10 East of the 6th P.M., in Washington County, Nebraska;

Parcel 5 - The Northwest Quarter of the Northeast Quarter (NW1/4 NE 1/4), the Northeast Quarter of the Northwest Quarter (NE1/4 NW1/4), and the North Half of the Southeast Quarter of the Northwest Quarter (N1/2 SE1/4 NW1/4) of Section One (1), in Township Nineteen (19) North, Range Nine (9), and the Southwest Quarter of the Southwest Quarter (SW1/4 SW1/4) of Section Thirty-Six (36), and the East Half of the Southeast Quarter of the Southeast Quarter (E1/2 SE1/4 SE1/4) of Section Thirty-Five (35), in Township Twenty (20), North, Range Nine (9), all East of the 6th P.M., in Washington County, Nebraska;

Parcel 6 - The Northeast Quarter of Section 36, Township 20 North, Range 9 East of the Sixth P.M., in Washington County, Nebraska;

Parcel 7 - The East Half of the Southwest Quarter, and the West Half of the Southeast Quarter, all in Section 36, Township 20 North, Range 9, East of the Sixth P.M. in Washington County, Nebraska

Property Descriptions Recorded at Washington County Register of Deeds, November 30, 1993
Book 223: Pages 492-495
HCJ Holdings Land Involuntary Converted