IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOT THOMPSON FARMS, LLC, | |
| Plaintiff, | 8:23CV25 |
| vs. | ORDER |
| HAP HOLDINGS TRUST, and HCJ HOLDINGS TRUST, | |
| Defendants. | |

An individual, Jan M. Mengedoht has filed a pro se answer (Filing No. 13) to Plaintiff's Complaint on behalf of the defendants, HAP Holdings Trust and HCJ Holdings Trust. However, a trust cannot litigate in this forum without representation by licensed counsel. Mr. Mengedoht, as a nonlawyer, cannot represent the interests of the defendant-trusts in this court. See *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994) ("A nonlawyer, such as these purported 'trustee(s) pro se' has no right to represent another entity, i.e., a trust, in a court of the United States."). Accordingly,

**IT IS ORDERED:**

1. On or before **March 16, 2023**, the defendants, HAP Holdings Trust and HCJ Holdings Trust, shall obtain the services of counsel and have that attorney file an appearance on their behalf, in the absence of which the court may file an entry and/or judgment of default against the defendants without further notice.

2. The clerk shall mail a copy of this order to the defendants, c/o Jan M. Mengedoht at 19855 County Road 11, Herman, NE 68029.

Dated this 14th day of February, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge