IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOT THOMPSON FARMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HAP HOLDINGS TRUST AND HCJ HOLDINGS TRUST,<br><br>Defendants. | 8:23CV25<br><br>REASSIGNMENT ORDER |

In the interest of judicial economy, this case is reassigned to Senior District Judge Joseph F. Bataillon for disposition and is assigned to Magistrate Michael D. Nelson for judicial supervision.

IT IS SO ORDERED.

Dated this 29th day of March 2023.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge