IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SCOT THOMPSON FARMS, LLC,

                Plaintiff,

vs.

HAP HOLDINGS TRUST, and HCJ HOLDINGS TRUST,
                Defendants.

**8:23CV25**

**ORDER**

1. Non-party Jan M. Mengedoht, having refused to retain counsel for his defendant trusts, moves the Court to reconsider a prior order imposing $20,000 in statutory damages against the Trusts for violations of the tax code. Filing Nos. 30, 28. The motion is denied.

2. The Clerk of Court has asked the Court whether Mr. Mengedoht may proceed *in forma pauperis* on appeal. Filing No. 33. Given Mr. Mengedoht's refusal to retain counsel and upon no showing of inability to pay, the Court declines to waive the filing fee.

IT IS SO ORDERED.

Dated this 25th day of July, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge