IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOT THOMPSON FARMS, LLC,<br><br>    Plaintiff,<br><br> vs.<br><br>HAP Holdings Trust, and HCJ Holdings Trust,<br><br>    Defendants. | **8:23CV25**<br><br>**ORDER** |

  This matter comes before the Court on non-party Jan M. Mengedoht's Applications to Proceed in Forma Pauperis on Appeal, purportedly filed on behalf of Defendants, HAP Holdings Trust and HCJ Holdings Trust. Filing No. 38; Filing No. 39. The Court previously declined to allow Defendants to proceed in forma pauperis on appeal based on Mr. Mengedoht's refusal to retain counsel for the trusts and lack of showing of inability to pay. Filing No. 35 at 1. The Eighth Circuit Court of Appeals subsequently received Defendants' appeal and notified Mr. Mengedoht that the defendant trusts need to retain counsel and pay the requisite filing fees. Filing No. 37 at 1. To date, Mr. Mengedoht has not retained counsel for the defendant trusts.

  Accordingly, the Court again denies Defendants leave to proceed on appeal in forma pauperis.

  IT IS ORDERED:

  1. Filing No. 38 and Filing No. 39 are denied, and Defendants are denied leave to proceed in forma pauperis on appeal.

1

2. The Clerk of the Court is directed to send notice of this denial to the Eighth Circuit Court of Appeals.

Dated this 1st day of August, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge